1  NORMAN C. HILE (STATE BAR NO. 57299)
   nhile@orrick.com
2  STACY E. DON (STATE BAR NO. 226737)
   sdon@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
4  Sacramento, CA  95814-4497
   Telephone:     (916) 447-9200
5  Facsimile:     (916) 329-4900

6  MICHAEL F. HEAFEY (STATE BAR NO. 153499)
   mheafey@orrick.com
7  MONTE COOPER (STATE BAR NO. 196746)
   mcooper@orrick.com
8  ALAN M. CHEN (STATE BAR NO. 263126)
   alanchen@orrick.com
9  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
10 Menlo Park, CA  94025-1021
   Telephone:     (650) 614-7400
11 Facsimile:     (650) 614-7401

12 Attorneys for Plaintiff
   SMART MODULAR TECHNOLOGIES, INC.
13

14                 UNITED STATES DISTRICT COURT

15                 EASTERN DISTRICT OF CALIFORNIA

16

17 SMART MODULAR TECHNOLOGIES,              Case No. 2:12-cv-02319-MCE-EFB
   INC.,
18                                          **ORDER GRANTING PLAINTIFF**
                                            **SMART MODULAR TECHNOLOGIES,**
                  Plaintiff,                **INC.'S *EX PARTE* APPLICATION FOR**
19                                          **LEAVE TO FILE BRIEF IN EXCESS**
        v.                                  **OF TWENTY PAGES**
20
   NETLIST, INC.,
21                                          Date:      N/A
                  Defendant.                Time:      N./A
22                                          Dept:      Courtroom 7
                                            Judge:     Hon. Morrison C. England, Jr.
23
                                            Trial Date:  None Set
24                                          Date Action Filed:  September 10, 2012

25

26

27

28

1    The Court having read and considered Plaintiff SMART Modular Technologies Inc.'s

2  ("SMART") *Ex Parte* Application for Leave to File Brief in Excess of Twenty Pages, all of the

3  papers filed in support of this application, and all other evidence as appropriate, and for good

4  cause shown, IT IS HEREBY ORDERED THAT:

5    SMART's *Ex Parte* Application for Leave to File Brief in Excess of Twenty Pages is

6  GRANTED.  The Court grants SMART leave to file a memorandum of points and authorities in

7  support of its motion for preliminary injunction of 23 pages, exclusive of tables and the cover

8  page, in the form attached as exhibit A to its *Ex Parte* application.

9    **IT IS SO ORDERED.**

10

11 Dated:  September 17, 2012

12  _____

      MORRISON C. ENGLAND, JR

13    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING PLAINTIFF'S EX PARTE
APPLICATION FOR LEAVE
2:12-cv-02319-MCE-EFB