| | |
|---|---|
| 1 | NORMAN C. HILE (STATE BAR NO. 57299) |
| | nhile@orrick.com |
| 2 | STACY E. DON (STATE BAR NO. 226737) |
| | sdon@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 400 Capitol Mall, Suite 3000 |
| 4 | Sacramento, CA  95814-4497 |
| | Telephone:     (916) 447-9200 |
| 5 | Facsimile:      (916) 329-4900 |
| 6 | MICHAEL F. HEAFEY (STATE BAR NO. 153499) |
| | mheafey@orrick.com |
| 7 | MONTE COOPER (STATE BAR NO. 196746) |
| | mcooper@orrick.com |
| 8 | ALAN M. CHEN (STATE BAR NO. 263126) |
| | alanchen@orrick.com |
| 9 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 10 | Menlo Park, CA  94025-1021 |
| | Telephone:     (650) 614-7400 |
| 11 | Facsimile:      (650) 614-7401 |
| 12 | Attorneys for Plaintiff |
| | SMART MODULAR TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SMART MODULAR TECHNOLOGIES, INC., | | No. 2:12-cv-02319-MCE-EFB |
| | Plaintiff, | **ORDER GRANTING PLAINTIFF SMART MODULAR TECHNOLOGIES, INC.'S REQUEST TO SEAL DOCUMENTS SUBMITTED IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |
| v. | | |
| NETLIST, INC., | | |
| | Defendant. | Date:      N/A |
| | | Time:      N/A |
| | | Dept.:     Courtroom 7 |
| | | Judge:     Hon. Morrison C. England, Jr. |
| | | Trial Date: None Set |
| | | Date Action Filed: September 10, 2012 |

1  The Court has considered Plaintiff SMART Modular Technologies Inc. Request to Seal
2  Documents Submitted in Support of Plaintiff's Motion for Preliminary Injunction, the pleadings
3  and papers lodged and on file in this action.  Good cause appearing, IT IS HEREBY ORDERED
4  that SMART's Request to Seal is GRANTED.

The Clerk of the Court shall permanently seal the following pages submitted with SMART's Request to Seal:

- Declaration of Michael Rubino and Exhibit 1 ("The Inphi Corporation iMB 02-GS02, iMB 02-GS02A LRDIMM Isolated Memory Buffer Data Sheet") pp. Rubino001-Rubino258.

- Declaration of Nader Bagherzadeh pp. Bagherzadeh001 - Bagherzadeh057.

No person other than counsel in this action, this Court, and authorized Court personnel shall be authorized to inspect the sealed record.

IT IS SO ORDERED.

Dated:  September 28, 2012

_____
MORRISON C. ENGLAND, JR