IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SMART MODULAR TECHNOLOGIES, INC.,

       Plaintiff,

vs.

NETLIST,

       Defendant.

No. 2:12-cv-2319-MCE-EFB

ORDER

       On September 12, 2012, the undersigned granted plaintiff's ex parte request for a protective order and issued a protective order. Dckt. No. 13. The protective order indicated that it was subject to future modification, and the undersigned specifically noted that "[i]n fact, plaintiff stated in its request for entry of this protective order that it 'is not opposed to revisiting the protective order and its terms once [defendant] has made an appearance in the case.'" *Id.* at 15, n.2 (citing Dckt. No. 11 at 2). Then, on October 8, 2012, defendant filed a motion for reconsideration of the order granting plaintiff's request for a protective order.[1] Dckt. Nos. 40-42. Defendant requests that the court withdraw the previously issued protective order and enter a modified protective order (attached as Exhibit 2 to the Gibson Declaration in support of

---

[1] Defendant was granted an extension of time within which to file the motion for reconsideration. Dckt. No. 27.

1

1  defendant's motion for reconsideration, Dckt. No. 42-2).[2]  Specifically, defendant contends that
2  the current protective order exposes defendant's highly confidential information to in-house
3  access by plaintiff without permitting reciprocal access by in-house counsel for defendant, and is
4  overly broad in restricting defendant's counsel from advising defendant on the progress of
5  reexamination proceedings on defendant's patents.  Dckt. No. 41 at 2.

6  Pursuant to Local Rule 303(d), oppositions to requests for reconsideration shall be served
7  and filed within seven days after service of the request, or in this instance, by October 15, 2012.
8  E.D. Cal. L.R. 303(d).  Nonetheless, court records reflect that plaintiff has not filed a response to
9  defendant's motion for reconsideration.

10  Accordingly, IT IS HEREBY ORDERED that:

11  1. On or before October 31, 2012, the parties shall file a stipulation modifying the
12  protective order issued in this action or plaintiff shall file an opposition to the motion for
13  reconsideration and an explanation regarding why such opposition was not timely filed.

14  2. If plaintiff elects to file an opposition to defendant's motion for reconsideration,
15  defendant shall file a reply thereto on or before November 7, 2012.

16  SO ORDERED.
17  DATED: October 17, 2012.

18  _____
    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

---

[2] The undersigned does note that if defendant's motion for reconsideration is granted, the proposed revised protective order submitted by defendant requires modification.  For example, (1) the introduction and footnote 1 of the revised protective order should be modified since the protective order is no longer being issued ex parte; (2) it is unclear why the proposed protective order needs a separate definition for "Designated House Counsel" at Section 2.4 since all references to "Designated House Counsel" will be removed; and (3) it appears that only the language "(including House Counsel)" should be stricken from subsection (b) of Section 7.2, rather than the entire subsection.  *See* Dckt. Nos. 42-1, 42-2.

2