1   SEAN C. CUNNINGHAM (Bar No. 174931)
    sean.cunningham@dlapiper.com
2   EDWARD H. SIKORSKI (Bar No. 208576)
    ed.sikorski@dlapiper.com
3   ERIN P. GIBSON (Bar No. 229305)
    erin.gibson@dlapiper.com
4   RYAN W. COBB (Bar No. 277608)
    ryan.cobb@dlapiper.com
5   DLA PIPER LLP (US)
    401 B Street, Suite 1700
6   San Diego, CA  92101-4297
    Telephone:     619.699.2700
7   Facsimile:     619.699.2701

8   RAJIV DHARNIDHARKA (Bar No. 234756)
    rajiv.dharnidharka@dlapiper.com
9   DLA PIPER LLP (US)
    400 Capitol Mall, Suite 2400
10  Sacramento, CA  95814
    Telephone:     650-833-2000
11  Facsimile:     650-833-2001

12  Attorneys for Defendant
    NETLIST, INC.
13

14                  UNITED STATES DISTRICT COURT

15                  EASTERN DISTRICT OF CALIFORNIA

16

17  SMART MODULAR TECHNOLOGIES,          Case No.  2:12-CV-02319-MCE-EFB
    INC.,
18                                       **ORDER GRANTING DEFENDANT
                 Plaintiff,              NETLIST INC.'S** *EX PARTE*
19                                       **APPLICATION FOR AN ORDER
    v.                                   EXTENDING TIME TO OPPOSE
20                                       PLAINTIFF'S MOTION FOR
    NETLIST,                             PRELIMINARY INJUNCTION AND TO
21                                       CONTINUE HEARING DATE ON
                 Defendant.              MOTION TO ALLOW FOR EXPEDITED
22                                       DISCOVERY**

23                                       Judge:     Hon. Morrison C. England

24

25          The Court has considered the *ex parte* application filed by Defendant Netlist, Inc.

26  ("Netlist") to extend its deadline to November 30, 2012 to file its opposition to the motion for

27  preliminary injunction ("Motion"; Dkt. No. 22) filed by Plaintiff Smart Modular Technologies,

28  Inc. ("Smart Modular") and to continue the hearing date on the Motion to December 13, 2012.

-1-

Good cause appearing, IT IS HEREBY ORDERED that Netlist shall file its opposition to the Motion by November 30, 2012 and that the hearing on the Motion shall be continued to December 13, 2012 at 2:00 p.m. in the undersigned's Courtroom 7.

Dated:  October 17, 2012

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE