1   SEAN C. CUNNINGHAM (Bar No. 174931)
    sean.cunningham@dlapiper.com
2   EDWARD H. SIKORSKI (Bar No. 208576)
    ed.sikorski@dlapiper.com
3   ERIN P. GIBSON (Bar No. 229305)
    erin.gibson@dlapiper.com
4   RYAN W. COBB (Bar No. 277608)
    ryan.cobb@dlapiper.com
5   DLA PIPER LLP (US)
    401 B Street, Suite 1700
6   San Diego, CA  92101-4297
    Telephone:     619.699.2700
7   Facsimile:     619.699.2701

8   RAJIV DHARNIDHARKA (Bar No. 234756)
    rajiv.dharnidharka@dlapiper.com
9   DLA PIPER LLP (US)
    400 Capitol Mall, Suite 2400
10  Sacramento, CA  95814
    Telephone:     650-833-2000
11  Facsimile:     650-833-2001

12  Attorneys for Defendant
    NETLIST, INC.
13

14              UNITED STATES DISTRICT COURT

15              EASTERN DISTRICT OF CALIFORNIA

16
    SMART MODULAR TECHNOLOGIES,          Case No.  2:12-CV-02319-MCE-EFB
17  INC.,
                                         **STIPULATION AND ORDER TO**
18              Plaintiff,               **INCREASE PAGE LIMIT FOR**
                                         **DEFENDANT NETLIST'S OPPOSITION**
19  v.                                   **TO PLAINTIFF SMART MODULAR'S**
                                         **MOTION FOR PRELIMINARY**
20  NETLIST,                             **INJUNCTION AND TO INCREASE PAGE**
                                         **LIMIT FOR PLAINTIFF'S REPLY BRIEF**
21              Defendant.
                                         Judge:        Hon. Morrison C. England, Jr.
22

23          Pursuant to Local Rule 143 and Order Requiring Joint Status Report (ECF No. 6) section

24  8, Plaintiff Smart Modular Technologies Inc. ("Smart Modular") and Defendant Netlist, Inc.

25  ("Netlist") stipulate as follows:

26  ///

27  ///

28

1    WHEREAS, on September 10, 2012, Smart Modular filed an *ex parte* application for

2  leave to file a brief in support of its motion for preliminary injunction in excess of 20 pages,

3  which application Netlist did not oppose and which application the Court granted on September

4  21, 2012.  (ECF. Nos. 7-9, 18.)

5    WHEREAS, on September 21, 2012, Smart Modular filed its motion for preliminary

6  injunction with a twenty-three page memorandum of points and authorities (excluding the cover

7  page and tables of contents and authorities), supported by six declarations, including two expert

8  declarations and more than fifty exhibits.  (ECF Nos. 22, 25.)

9    WHEREAS, on October 12, 2012, Magistrate Judge Brennan issued an order allowing the

10  parties to conduct preliminary injunction-related discovery.  (ECF No. 52.)  In response to this

11  order, Netlist deposed five of the Smart Modular witnesses who provided declarations in support

12  of Smart Modular's motion for preliminary injunction.  Smart Modular also produced more than

13  80,000 pages of documents in response to the order.

14    WHEREAS, based on the length of Smart Modular's memorandum of points and

15  authorities in support of it motion for preliminary injunction, the declarations and exhibits

16  supporting the motion, and the discovery conducted to date, Netlist believes that it needs up to

17  five additional pages for its memorandum in opposition to Smart Modular's motion for

18  preliminary injunction, for a total of twenty-five pages excluding the cover page and tables of

19  contents and authorities.

20    WHEREAS, Smart Modular does not oppose Netlist's request for five additional pages for

21  its opposition brief.

22    WHEREAS, based on the page limit increase requested by Netlist and the discovery to be

23  conducted by Smart Modular, Smart Modular believes that it needs up to five additional pages for

24  its reply memorandum in support of its motion for preliminary injunction, for a total of fifteen

25  pages excluding the cover page and tables of contents and authorities.

26    WHEREAS, Netlist does not oppose Smart Modular's request for five additional pages for

27  its reply brief.

28

DLA PIPER LLP (US)
SAN DIEGO

1     WHEREAS, Netlist's opposition to Smart Modular's motion for preliminary injunction is

2  due on November 30, 2012.  (ECF No. 59.)

3     NOW, THEREFORE, the parties, by and through their counsel, hereby respectfully

4  request that the Court approve their stipulation and enter an order granting Netlist leave to file a

5  memorandum in opposition to Smart Modular's motion for preliminary injunction of up to twnty-

6  five pages excluding the cover page and tables of contents and authorities and granting Smart

7  Modular leave to file a reply memorandum in support of its motion for preliminary injunction of

8  up to fifteen pages excluding the cover page and tables of contents and authorities.

9  Dated: November 14, 2012                    Orrick, Herrington & Sutcliffe LLP

10                                             By: _/s/ Stacy E. Don_____
11                                             NORMAN C. HILE
                                               MICHAEL F. HEAFEY
12                                             MONTE COOPER
                                               STACY E. DON
13                                             ALAN M. CHEN
                                               Attorneys for Plaintiff
14                                             SMART MODULAR TECHNOLOGIES, INC.

15

16  Dated:  November 14, 2012                   DLA PIPER LLP (US)

17
                                               By: /s/ Rajiv Dharnidharka_____
18                                             SEAN C. CUNNINGHAM
                                               EDWARD H. SIKORSKI
19                                             ERIN P. GIBSON
                                               RAJIV DHARNIDHARKA
20                                             RYAN W. COBB
                                               Attorneys for Defendant
21                                             NETLIST, INC.

22

23

24

25

26

27

28

DLA PIPER LLP (US)                             -3-
   SAN DIEGO

1

2

### <u>ATTESTATION CLAUSE</u>

3

I attest under penalty of perjury that the concurrence in the filing of this document has

been obtained from its signatories.

4

Dated:  November 14, 2012                                    By: /s/ Rajiv Dharnidharka

5                                                                                    RAJIV DHARNIDHARKA

6

IT IS SO ORDERED.

7

8

Dated:  November 21, 2012

9

10

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)
SAN DIEGO

-4-

1