SEAN C. CUNNINGHAM (Bar No. 174931)
sean.cunningham@dlapiper.com
EDWARD H. SIKORSKI (Bar No. 208576)
ed.sikorski@dlapiper.com
ERIN P. GIBSON (Bar No. 229305)
erin.gibson@dlapiper.com
RYAN W. COBB (Bar No. 277608)
ryan.cobb@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone:    619.699.2700
Facsimile:    619.699.2701

MATT JACOBS (Bar No. 122066)
matt.jacobs@dlapiper.com
RAJIV DHARNIDHARKA (Bar No. 234756)
rajiv.dharnidharka@dlapiper.com
DLA PIPER LLP (US)
400 Capitol Mall, #2400
Sacramento, CA 95814
Telephone:    916-930-3200
Facsimile:    916-930-3201

Attorneys for Defendant and Counterclaim Plaintiff
NETLIST, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMART MODULAR TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NETLIST, <br><br> Defendant. | Case No. 2:12-CV-02319-MCE-EFB <br><br> **ORDER GRANTING NETLIST INC.'S SECOND *EX PARTE* APPLICATION FOR ONE-WEEK EXTENSION OF HEARING DATE ON SMART MODULAR'S MOTION FOR PRELIMINARY INJUNCTION DUE TO LEAD COUNSEL TRIAL CONFLICT** <br><br> Judge:    Hon. Morrison C. England |

The Court has considered the second *ex parte* application filed by Netlist, Inc. ("Netlist") to continue the hearing date on the motion for preliminary injunction ("Motion"; ECF. No. 22) filed by Plaintiff Smart Modular Technologies, Inc. ("Smart Modular"). Good cause appearing, IT IS HEREBY ORDERED that the hearing on the Motion shall be continued to December 20, 2012 at 2:00 p.m. in the undersigned's Courtroom 7.

IT IS FURTHER ORDERED that Netlist shall file its opposition to the Motion as scheduled on November 30, 2012, and that Smart Modular shall file its reply brief (if any) in support of its Motion as scheduled on December 6, 2012.

Dated: November 30, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE