SEAN C. CUNNINGHAM (Bar No. 174931)
sean.cunningham@dlapiper.com
EDWARD H. SIKORSKI (Bar No. 208576)
ed.sikorski@dlapiper.com
ERIN P. GIBSON (Bar No. 229305)
erin.gibson@dlapiper.com
RYAN W. COBB (Bar No. 277608)
ryan.cobb@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA  92101-4297
Telephone:     619.699.2700
Facsimile:      619.699.2701

RAJIV DHARNIDHARKA (Bar No. 234756)
rajiv.dharnidharka@dlapiper.com
DLA PIPER LLP (US)
400 Capitol Mall, Suite 2400
Sacramento, CA  95814
Telephone:     650-833-2000
Facsimile:      650-833-2001

Attorneys for Defendant and Counterclaim Plaintiff
NETLIST, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMART MODULAR TECHNOLOGIES, INC.,<br><br>　　　　　Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>NETLIST,<br><br>　　　　　Defendant and Counterclaim Plaintiff. | Case No.  2:12-CV-02319-MCE-EFB<br><br>**ORDER ADOPTING N.D. CAL. LOCAL RULE 79-5(d) FOR THIS ACTION ONLY PURSUANT TO SECTION J(1) OF THE PARTIES' JOINT STATUS REPORT**<br><br>Judge:       Hon. Morrison C. England, Jr. |

　　　Section J(1) of the parties' November 13, 2012 Joint Status Report (ECF No. 73) requests that the Court adopt Northern District of California District Court Local Rule 79-5(d) ("Local Rule 79-5(d)") as a modification to Eastern District of California District Court Local Rules 140 and 141 to establish a procedure for this case only when a party intends to use materials in support of or in opposition to a motion (or other Court filing) designated by the other party as

"Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the terms of the protective order (ECF No. 72) entered in this action.  Good cause showing and for judicial economy in this action only without setting a precedent, the Court hereby temporarily adopts Local Rule 79-5(d).

Local Rule 79-5(d) provides:

> **Filing a Document Designated Confidential by Another Party**. If a party wishes to file a document that has been designated confidential by another party pursuant to a protective order, or if a party wishes to refer in a memorandum or other filing to information so designated by another party, the submitting party must file and serve an administrative motion for a sealing order and lodge the document, memorandum or other filing in accordance with this rule. If only a portion of the document, memorandum or other filing is sealable, the submitting party must also lodge with the Court a redacted version of the document, memorandum or other filing to be placed in the public record if the Court approves the requested sealing order. Within 7 days thereafter, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality. If the designating party does not file its responsive declaration as required by this subsection, the document or proposed filing will be made part of the public record.

This Order shall apply to the materials lodged in support of or in opposition to Plaintiff's motion for preliminary injunction.

IT IS SO ORDERED.

Dated:  December 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE