SEAN C. CUNNINGHAM (Bar No. 174931)
sean.cunningham@dlapiper.com
EDWARD H. SIKORSKI (Bar No. 208576)
ed.sikorski@dlapiper.com
ERIN P. GIBSON (Bar No. 229305)
erin.gibson@dlapiper.com
RYAN W. COBB (Bar No. 277608)
ryan.cobb@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA  92101-4297
Telephone:     619.699.2700
Facsimile:      619.699.2701

RAJIV DHARNIDHARKA (Bar No. 234756)
rajiv.dharnidharka@dlapiper.com
DLA PIPER LLP (US)
400 Capitol Mall, Suite 2400
Sacramento, CA  95814
Telephone:     650-833-2000
Facsimile:      650-833-2001
Attorneys for Defendant
NETLIST, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMART MODULAR TECHNOLOGIES, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> NETLIST, INC. <br><br> Defendant and Counterclaim Plaintiff. | Case No.  2:12-CV-02319-MCE-EFB <br><br> **ORDER GRANTING NETLIST, INC.'S REQUEST TO SEAL DOCUMENTS RELATED TO NETLIST, INC.'S OPPOSITION TO SMART MODULAR TECHNOLOGIES, INC.'S MOTION FOR PRELIMINARY INJUNCTION** <br><br> Judge:       Hon. Morrison C. England |

This Court has considered Defendant and Counterclaim Plaintiff Netlist, Inc.'s Request to Seal Documents Related to Netlist, Inc.'s Opposition to Smart Modular Technologies, Inc.'s Motion for Preliminary Injunction and supporting papers (ECF No. 84) and Plaintiff and Counterclaim Defendant Smart Modular Technologies, Inc.'s Response and supporting papers.

///

This Court finds that Netlist, Inc. has sustained its burden of showing good cause establishing that the information designated by Netlist is sealable.

ACCORDINGLY, IT IS HEREBY ORDERED THAT Defendant and Counterclaim Plaintiff Netlist, Inc.'s Request to Seal is GRANTED, and that the following materials shall be sealed pending further order of this court:

1. Defendant and Counterclaim Plaintiff Netlist, Inc.'s Opposition to Smart Modular Technologies, Inc.'s Motion for Preliminary Injunction ("Opposition").  (ECF No. 84.)

2. Exhibits A through E, J, O, Q, and U to the Declaration of Sean Cunningham In Support of Netlist, Inc.'s Opposition to Smart Modular Technologies, Inc.'s Motion for Preliminary Injunction ("Cunningham Declaration").  (Exs. to ECF No. 88.)

3. Declaration of Christopher Lopes in Support of Defendant and Counterclaim Plaintiff Netlist, Inc.'s Opposition to Smart Modular Technologies, Inc.'s Motion for Preliminary Injunction ("Lopes Declaration").  (ECF No. 86.)

4. Declaration of Dr. Chuck Hong in Support of Defendant and Counterclaim Plaintiff Netlist, Inc.'s Opposition to Smart Modular Technologies, Inc.'s Motion for Preliminary Injunction ("Hong Declaration").  (ECF No. 85.)

IT IS SO ORDERED.

Dated:  December 6, 2012

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE