SEAN C. CUNNINGHAM (Bar No. 174931)
sean.cunningham@dlapiper.com
EDWARD H. SIKORSKI (Bar No. 208576)
ed.sikorski@dlapiper.com
ERIN P. GIBSON (Bar No. 229305)
erin.gibson@dlapiper.com
RYAN W. COBB (Bar No. 277608)
ryan.cobb@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA  92101-4297
Telephone:     619.699.2700
Facsimile:      619.699.2701

RAJIV DHARNIDHARKA (Bar No. 234756)
rajiv.dharnidharka@dlapiper.com
DLA PIPER LLP (US)
400 Capitol Mall, Suite 2400
Sacramento, CA  95814
Telephone:     650-833-2000
Facsimile:      650-833-2001
Attorneys for Defendant and Counterclaim Plaintiff
NETLIST, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMART MODULAR TECHNOLOGIES, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> NETLIST, INC. <br><br> Defendant and Counterclaim Plaintiff. | Case No.  2:12-CV-02319-MCE-EFB <br><br> **ORDER SEALING DOCKET NUMBER 90** <br><br> Judge:      Hon. Morrison C. England |

This Court has considered Defendant and Counterclaim Plaintiff Netlist, Inc.'s Supplemental Request to Seal Documents Related to Netlist, Inc.'s Opposition to Smart Modular Technologies, Inc.'s Motion for Preliminary Injunction related to Docket Number 90, which Netlist mistakenly filed in the public record.  The Court has also considered Plaintiff and Counterclaim Defendant Smart Modular Technologies, Inc.'s response.

///

The Court finds that Smart Modular Technologies, Inc. has sustained its burden of showing good cause establishing that Docket Number 90 is sealable.

ACCORDINGLY, IT IS HEREBY ORDERED THAT Defendant and Counterclaim Plaintiff Netlist, Inc.'s Supplemental Request to Seal is GRANTED, and that the following materials shall be sealed pending further order of this court:

1. Defendant and Counterclaim Plaintiff Netlist, Inc.'s Objections to Evidence Offered in Support of Plaintiff Smart Modular's Motion for Preliminary Injunction (ECF No. 90).

IT IS SO ORDERED.

Dated:  December 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE