NORMAN C. HILE (STATE BAR NO. 57299)
nhile@orrick.com
STACY E. DON (STATE BAR NO. 226737)
sdon@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:   (916) 447-9200
Facsimile:    (916) 329-4900

MICHAEL F. HEAFEY (STATE BAR NO. 153499)
mheafey@orrick.com
MONTE COOPER (STATE BAR NO. 196746)
mcooper@orrick.com
TRAVIS M. JENSEN (STATE BAR NO. 259925)
tjensen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1021
Telephone:   (650) 614-7400
Facsimile:    (650) 614-7401

Attorneys for Plaintiff
SMART MODULAR TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMART MODULAR TECHNOLOGIES, INC.,<br><br>               Plaintiff,<br><br>     v.<br><br>NETLIST, INC.,<br><br>               Defendant. | Case No. 2:12-cv-02319-MCE-EFB<br><br>**REVISED NOTICE OF REQUEST TO SEAL DOCUMENTS SUBMITTED IN SUPPORT OF PLAINTIFF SMART MODULAR TECHNOLOGIES, INC.'S MOTION FOR PRELIMINARY INJUNCTION AND REPLY AND MOTION TO DISMISS AND REPLY AND NOTICE OF LODGING OF DOCUMENTS; ORDER**<br><br>Date:    N/A<br>Time:    N/A<br>Dept.:   Courtroom 7<br>Judge:  Hon. Morrison C. England, Jr.<br><br>Trial Date: None Set<br>Date Action Filed:  September 10, 2012 |

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

Per the request of the court clerk, SMART Modular Technologies, Inc. submits the following revised notice and proposed order.

PLEASE TAKE NOTICE THAT Plaintiff SMART Modular Technologies, Inc. requests that the Court seal permanently the following documents, currently lodged under seal, in support of its Motion for Preliminary Injunction and Reply:

- SMART Modular Technologies, Inc.'s Reply In Support Of Its Motion For Preliminary Injunction.  pp. **Reply001-Reply019.**
- SMART Modular Technologies, Inc.'s Responses To Netlist, Inc.'s Objections To Plaintiff's Evidence In Support Of Motion For Preliminary Injunction. pp. **Responses001–Responses086.**
- Declaration of Michael Rubino and Exhibit A (SMART/HP Email).  **Rubino001-Rubino006.**
- Supplemental Declaration of Professor Nader Bagherzadeh, Ph.D. In Support Of SMART Modular Technologies, Inc.'s Response To Netlist, Inc.'s Opposition To Plaintiff's Motion For Preliminary Injunction.  **Bagherzadeh001-Bagherzadeh010.**

This request is made pursuant to Local Rule 141 and the Stipulated Protective Order entered on November 2, 2012 (Docket No. 72) on the grounds that these documents and materials contain proprietary and confidential information and their dissemination to the public has the potential to harm SMART.  SMART has designated portions of these documents as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Stipulated Protective Order.  Docket No. 72.

The request is based on this notice and request, the memorandum of points and authorities in support thereof, the Declaration Of Michael Rubino In Support Of Request To Seal Documents, the pleadings and papers lodged and on file in this action, the arguments of counsel, and any matters upon which the Court may or must take judicial notice.

The memorandum of points and authorities, the Declaration of Michael Rubino in Support Of Motion For Protective Order and Request To Seal Documents, and the documents that have been requested to be sealed were submitted to the Court via email and were served on Netlist's counsel, in accordance with Local Rule 141.

1     PLEASE TAKE NOTICE THAT that in addition to the documents identified above,
2  SMART has lodged under seal documents and information that have been designated
3  CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY by Netlist:

- Exhibits attached to the Declaration of Travis Jensen In Support Of SMART Modular Technologies, Inc.'s Reply In Support Of Its Motion For Preliminary Injunction:
    - Exhibit 2 (Deposition of Sanjay Banerjee, Ph.D.).  pp. **Jensen016-Jensen052.**
    - Exhibit 3 (Deposition of Chuck Hong).  pp. **Jensen054-Jensen088.**
    - Exhibit 5 (Deposition of Christopher Lopes).  pp. **Jensen109-Jensen152.**
    - Exhibit 6 (Netlist Email).  pp. **Jensen154-Jensen157.**
    - Exhibit 8 (Deposition of Hyun Lee).  pp. **Jensen161-Jensen190.**
- SMART Modular Technologies, Inc.'s Objections To Evidence Offered In Opposition To SMART's Motion For Preliminary Injunction.  pp. **Objections001-Objections009.**
- Exhibit 2 (Netlist Document) to the Supplemental Declaration of Professor Nader Bagherzadeh, Ph.D. In Support Of SMART Modular Technologies, Inc.'s Response To Netlist, Inc.'s Opposition To Plaintiff's Motion For Preliminary Injunction.  pp. **Bagherzadeh239-Bagherzadeh272.**

The documents were submitted to the Court via email and were served on Netlist's counsel.  Pursuant to the Court's order setting a procedure for sealing confidential information designated by the opposition party (Docket No. 101), Netlist, as the party designating the confidentiality of the documents, had seven days from the date of lodging to file with the Court and serve a declaration establishing that the designated information is sealable, and lodge a proposed sealing order, or must withdraw the designation of confidentiality.

PLEASE TAKE NOTICE THAT that SMART Modular Technologies, Inc. lodged under seal the following documents in support of SMART's Reply in Support of Its Motion to Dismiss that have been designated CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY by Netlist:

- Exhibit A (Excerpts from the Deposition of Chuck Hong) to the Declaration of Stacy E. Don In Support Of SMART Modular Technologies, Inc.'s Reply In Support Of Its Motion to Dismiss Pursuant To FRCP 12(B)(6), Motion To Strike Pursuant To FRCP 12(F), And Motion For Partial Judgment On The Pleadings Pursuant To FRCP 12(C) Or In The Alternative For Partial Summary Judgment ("Don Decl.").  pp. **Don004-Don019.**

- Exhibit D (Excerpts from the Deposition of Christopher Lopes) to the Don Decl. pp. **Don057-Don068.**

The documents were submitted to the Court via email and were served on Netlist's counsel. Pursuant to the Court's order setting a procedure for sealing confidential information designated by the opposition party (Docket No. 101), Netlist, as the party designating the confidentiality of the documents, had seven days from the date of lodging to file with the Court and serve a declaration establishing that the designated information is sealable, and lodge a proposed sealing order, or must withdraw the designation of confidentiality.

Dated: February 21, 2013             ORRICK, HERRINGTON & SUTCLIFFE LLP


                                     By: /s/ Michael F. Heafey
                                         MICHAEL F. HEAFEY
                                         Attorneys for Plaintiff
                                         SMART MODULAR TECHNOLOGIES, INC.

- 3 -

**ORDER**

The Court, having considered the Requests to Seal Documents Submitted in Support of Plaintiff's Motion for Preliminary Injunction And Reply, and the Requests to Seal Documents Submitted in Support of Plaintiff's Motion to Dismiss, the pleadings and papers lodged and on file in this action, and good cause appearing therefor:

The Requests to Seal are Granted. The Clerk of the Court shall permanently seal the following pages submitted with Requests to Seal:

- SMART Modular Technologies, Inc.'s Reply In Support Of Its Motion For Preliminary Injunction.  pp. **Reply001-Reply019.**

- SMART Modular Technologies, Inc.'s Responses To Netlist, Inc.'s Objections To Plaintiff's Evidence In Support Of Motion For Preliminary Injunction.
pp. **Responses001 – Responses086.**

- Declaration of Michael Rubino and Exhibit A (SMART/HP Email).
pp. **Rubino001-Rubino006.**

- Supplemental Declaration of Professor Nader Bagherzadeh, Ph.D. In Support Of SMART Modular Technologies, Inc.'s Response To Netlist, Inc.'s Opposition To Plaintiff's Motion For Preliminary Injunction and Exhibit 2.
pp. **Bagherzadeh001-Bagherzadeh010** and pp. **Bagherzadeh239-Bagherzadeh272.**

- Exhibits attached to the Declaration of Travis Jensen In Support Of SMART Modular Technologies, Inc.'s Reply In Support Of Its Motion For Preliminary Injunction:

    - Exhibit 2 (Deposition of Sanjay Banerjee, Ph.D.).  pp. **Jensen016-Jensen052.**

    - Exhibit 3 (Deposition of Chuck Hong).  pp. **Jensen054-Jensen088.**

    - Exhibit 5 (Deposition of Christopher Lopes).  pp. **Jensen109-Jensen152.**

    - Exhibit 6 (Netlist Email).  pp. **Jensen154-Jensen157.**

    - Exhibit 8 (Deposition of Hyun Lee).  pp. **Jensen161-Jensen190.**

- SMART Modular Technologies, Inc.'s Objections To Evidence Offered In Opposition To SMART's Motion For Preliminary Injunction.  pp. **Objections001-Objections009.**

- Exhibit A (Excerpts from the Deposition of Chuck Hong) to the Declaration of Stacy E. Don In Support Of SMART Modular Technologies, Inc.'s Reply In Support Of Its Motion to Dismiss Pursuant To FRCP 12(B)(6), Motion To Strike Pursuant To FRCP 12(F), And Motion For Partial Judgment On The Pleadings Pursuant To FRCP 12(C) Or In The Alternative For Partial Summary Judgment ("Don Decl."). pp. **Don004-Don019.**

- Exhibit D (Excerpts from the Deposition of Christopher Lopes) to the Don Decl.  pp. **Don057-Don068.**

No person other than counsel in this action, this Court, and authorized Court personnel shall be authorized to inspect the sealed record.

IT IS SO ORDERED.

Dated: February 25, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE