UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMART MODULAR TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NETLIST, INC, <br><br> Defendant. | No. 2:12-cv-02319-TLN-EFB <br><br><br> **NOTICE OF RELATED CASE ORDER** |
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> SMART MODULAR TECHNOLOGIES, INC., <br><br> Defendants. | No. 2:13-cv-02613-JAM-CKD |

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). The actions involve the same parties, are based on the same or similar claims, the same event, similar questions of fact and the similar questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to affect a substantial

1

1  savings of judicial effort and is also likely to be convenient for the parties.

2      Relating the cases has the result that these actions are assigned to the same judge; relating
3  the cases does not affect consolidation of these matters.  Under the regular practice of this court,
4  related cases are generally assigned to the judge and magistrate judge to whom the first filed
5  action was assigned.

6      IT IS THEREFORE ORDERED that the action denominated 2:13-cv-02613-JAM-CKD is
7  hereby reassigned to District Judge Troy L. Nunley, and Magistrate Judge Edmund F. Brennan
8  for all further proceedings.  Any dates currently set in the reassigned case are hereby VACATED.

9      IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
10  assignment of civil cases to compensate for this reassignment and issue an order requiring a Joint
11  Status Report for the undersigned.

12  Dated: February 12, 2014

Troy L. Nunley
United States District Judge