UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMART MODULAR TECHNOLOGIES, INC., <br><br> Plaintiff and Counter Defendant, <br><br> v. <br><br> NETLIST, INC., <br><br> Defendant and Counterclaimant. | Case No. 2:12-cv-02319-TLN-EFB <br><br> **ORDER GRANTING JOINT STIPULATION FOR FILING OF AMENDED COMPLAINT** <br><br> Dept.: Courtroom 2, 15th Floor <br> Judge: Hon. Troy L. Nunley <br><br> Action filed: September 10, 2012 |

1  On October 19, 2017, Plaintiff and Counter Defendant Smart Modular Technologies, Inc. and Defendant and Counterclaimant Netlist, Inc. filed a Joint Stipulation for Filing of Amended Complaint (Dkt. 198).

Having considered the Parties' Stipulation, the Court GRANTS the Stipulation for Filing of an Amended Complaint.

**IT IS SO ORDERED.**

Dated: October 20, 2017

Troy L. Nunley
United States District Judge