Michael F. Heafey (Bar No. 153499)
michael.heafey@troutman.com
TROUTMAN SANDERS LLP
580 California Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-5700
Facsimile: (415) 477-5710

Attorneys for Plaintiff and Counter Defendant
SMART MODULAR TECHNOLOGIES, INC.

Sean C. Cunningham (Bar No. 174931)
sean.cunningham@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

Attorneys for Defendant and Counterclaimant
NETLIST, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMART MODULAR TECHNOLOGIES, INC., <br><br> Plaintiff and Counter Defendant, <br><br> v. <br><br> NETLIST, INC., <br><br> Defendant and Counterclaimant. | Case No. 2:12-cv-02319-TLN-EFB <br><br> **JOINT MOTION TO DISMISS WITH PREJUDICE AND ORDER** <br><br><br> Trial Date: None Set <br> Action filed: September 10, 2012 |

SMART MODULAR TECHNOLOGIES, INC. as plaintiff and counter defendant and NETLIST, INC. as defendant and counterclaimant have resolved their disputes and now desire to terminate this action **with prejudice**. Smart Modular Technologies, Inc. and Netlist, Inc. now stipulate:

1) Smart Modular Technologies, Inc. dismisses **with prejudice** all legal claims it asserted in this action;

2) Netlist, Inc. dismisses **with prejudice** all counterclaims it asserted in this action and dismisses **with prejudice** all mandatory counterclaims whether or not it asserted such mandatory counterclaims in this action; and

3) Netlist, Inc. dismisses **with prejudice** all affirmative defenses it asserted in this action.

The parties stipulate that each party shall bear its own costs and fees.

The parties request that the Court enter the proposed order filed with this motion.

Dated: January 18, 2019  TROUTMAN SANDERS LLP

By: */s/ Michael F. Heafey*
Michael F. Heafey
Attorneys for Plaintiff and Counter Defendant
SMART MODULAR TECHNOLOGIES, INC.

Dated: January 18, 2019  DLA PIPER LLP (US)

By: */s/ Sean C. Cunningham*
Sean C. Cunningham
Attorneys for Defendant and Counterclaimant
NETLIST, INC.

**IT IS SO ORDERED** this 18th day of January 2019.

Troy L. Nunley
United States District Judge